**Gregory T. Van Meter, administrator of the estate of Samuel Roper, deceased, appellee, v. City of Chicago, appellant. Gen. No. 29,019.**

Action for damages for death by negligence. Judgment for ad-

ministrator. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924.

Francis X. Busch, Corporation Counsel, and John J. Kelly, for appellant; Albert H. Veeder and Daniel V. Gallery, Assistant Corporation Counsel, of counsel. W. E. Keeley and Ogren & Wermuth, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.